The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON STATE EMPLOYEES CREDIT UNION, a Washington corporation,<br><br>   Plaintiff,<br><br> v.<br><br>P/C M T POCKETS, Official Number 537196, her engines, tackle, apparel, furniture and equipment, *In Rem*, and JOHN J. MCMILLEN and MICHELLE M. MCMILLEN, his wife, and their marital community, *In Personam*,<br><br>   Defendants. | IN ADMIRALTY<br><br>NO. C10-5379-RBL<br><br><br>ORDER FOR CHANGE OF ARRANGEMENTS |

THIS MATTER having come on upon the Motion of plaintiff and the Court having considered the Motion and the Declaration of Neil Turney, President, Puglia Engineering, Inc. submitted with it and being informed of the premises, now therefore it is

ORDERED that the Order Appointing Puglia Engineering, Inc. Substitute

Order for Change of Arrangements (C10-5379-RBL) - 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

1  Custodian and Authorizing Movement of Vessel entered on June 3, 2010 is modified

2  by deleting the paragraph which begins on Line 10 of Page 4 of that Order and

3  substituting the following:

4　　　　IT IS FURTHER ORDERED that the defendant vessel may be moved
　　　　by safe means from its present moorage to adequate, safe storage
5　　　　ashore at a facility in Tacoma, Washington.  The Substitute
　　　　Custodian shall notify the Office of the U. S. Marshal that the vessel
6　　　　is to be moved and shall again notify the Office of the U. S. Marshal
　　　　when the vessel has been moved, hauled and is securely stored
7　　　　ashore.  Once the vessel has been moved and stored ashore, it shall
　　　　not be moved away from the storage facility or to any other facility
8　　　　without further Order of the Court.

9　　　　And it is further

10　　　　ORDERED that the Order Appointing Puglia Engineering, Inc. Substitute

11  Custodian and Authorizing Movement of Vessel entered on June 3, 2010, is

12  modified by deleting the paragraph which begins on Line 12 of Page 5 of the Order

13  and substituting the following:

14　　　　IT IS FURTHER ORDERED that all authorized expenses, hereafter
　　　　approved by the Court, for securing and conducting the inventory of
15　　　　the vessel in an amount not to exceed $400.00, for custody of the
　　　　vessel and its equipment in an amount not to exceed $400.00 per
16　　　　month, for charges for towing the vessel, in an amount not to exceed
　　　　$1,840.00, for haul out in an amount not to exceed $564.00, for
17　　　　storage ashore in an amount not to exceed $564.00 per month, for
　　　　insurance on the vessel in an amount not to exceed $500.00, and for
18　　　　charges of a locksmith, of a marine engineer, for cleaning and
　　　　securing the vessel and for storing electronic equipment, which are
19　　　　incurred by the Substitute Custodian or plaintiff for the movement
　　　　and safekeeping of the defendant vessel and its equipment, shall be
20　　　　deemed administrative expenses of the U. S. Marshal.

21

22　　　　DATED this 20th day of July, 2010.

23

24　　　　　　　　　　　　　　　　　　　　　*(signature)*

25　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order for Change of Arrangements (C10-5379-RBL) - 2

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

1  Presented By:

2

3

4  /s/_____
   Stan Loosmore, WSBA 6011
5  Attorney for Plaintiff

6

7  Approved By:

8

9

10 /s/_____
   for U. S. Marshal
11 Western District of Washington

12

13

14

15

16

17

18

19

20

21

22

23

24

25 226-10011-12p

Order for Change of Arrangements (C10-5379-RBL) - 3

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA 98101
206 622-2400