The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| WASHINGTON STATE EMPLOYEES CREDIT UNION, a Washington corporation, | ) ) ) | IN ADMIRALTY |
| | ) | |
| Plaintiff, | ) ) | NO.   C10-5379-RBL |
| v. | ) ) | |
| P/C M T POCKETS, Official Number 537196, her engines, tackle, apparel, furniture and equipment, *In Rem*, and JOHN J. MCMILLEN and MICHELLE M. MCMILLEN, his wife, and their marital community, *In Personam*, | ) ) ) ) ) ) ) | ORDER APPROVING ADMINISTRATIVE EXPENSES AND ATTORNEYS' FEES AND COSTS AND DEFAULT JUDGMENT *IN PERSONAM* |
| Defendants. | ) ) | |

THIS MATTER having come on upon the motion of plaintiff and the Court having considered the motion, the affidavit of the officer of Washington State Employees Credit Union, plaintiff, responsible for the administration of this case and the affidavit of counsel which were submitted with the motion and the records and files herein, and an Order of Default *In Personam* having been previously

---

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C10-5379-RBL) - 1

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

1  entered and, being informed of the premises, now makes the following finding:

2  The administrative expenses and attorneys' fees and costs incurred by the
3  plaintiff in the foreclosure of the preferred marine mortgage on the defendant vessel
4  are reasonable.

5  Plaintiff is entitled to judgment against the *in personam* defendants, John J.
6  McMillen and Michelle M. McMillen, no appearance or answer having been filed, in
7  the amount prayed for in the Complaint plus interest, plus administrative expenses
8  and attorneys' fees and costs, less the amount received by the plaintiff on the sale
9  of the defendant vessel.

10  NOW, THEREFORE, IT IS

11  ORDERED that administrative expenses in the amount of $8,128.60 are
12  approved in this case and attorneys' fees and costs in the amount of $9,088.02 are
13  approved in this case; and it is further

14  ORDERED that Washington State Employees Credit Union, plaintiff, shall
15  have judgment against John J. McMillen and Michelle M. McMillen *in personam* for
16  $114,051.07; and it is further

17  ORDERED that this judgment shall bear interest at the federal rate from
18  April 5, 2011 until paid; and it is further

19  ORDERED that plaintiff shall have execution on this judgment.

21  DATED this 16th day of May, 2011.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C10-5379-RBL) - 2

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400

1  Presented by:

2

3

4  /s/Stan Loosmore_____
   Stan Loosmore, WSBA #6011
5  Attorney for Plaintiff

25  230-10011-4p

Order Approving Administrative Expenses and Attorneys' Fees
and Costs and Default Judgment *In Personam* (C10-5379-RBL) - 3

Law Office of
STAN LOOSMORE, P.S.
3011 One Union Square
600 University Street
Seattle, WA  98101
206 622-2400